IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 11-00093-KD-B |
| ) | |
| PLATINUM INVESTMENTS, LLC, ) | |
| *et al.*, ) | |
|     Defendants. ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated May 10, 2011 and made under 28 U.S.C. § 636(b)(1)(B) is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand, or in the Alternative, Motion for Abstention (Doc. 6) is **GRANTED** and this action is hereby **REMANDED** to the Circuit Court of Baldwin County, Alabama.

**DONE** and **ORDERED** this the **27th** day of **May 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**