# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 11-00093-KD-B |
| | ) |
| PLATINUM INVESTMENTS, LLC, | ) |
| *et al.*, | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the Plaintiff's Motion to Remand, or in the Alternative, Motion for Abstention (Doc. 6) is **GRANTED** and this action is hereby **REMANDED** to the Circuit Court of Baldwin County, Alabama.

**DONE** and **ORDERED** this the **27th** day of **May 2011.**

                                                /s/ Kristi K. DuBose
                                              **KRISTI K. DUBOSE**
                                              **UNITED STATES DISTRICT JUDGE**